UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UMMEY SALMA,<br><br>       Plaintiff,<br><br>  -against-<br><br>NASA DEPARTMENT HEADQUARTER, *et al.*,<br><br>       Defendants. | 20-CV-5748 (LLS)<br><br>CIVIL JUDGMENT |

  Pursuant to the order issued August 31, 2020, dismissing the complaint,

  IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under Rule 12(h)(3) of the Federal Rules of Civil Procedure.

  IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: August 31, 2020
     New York, New York

                   */s/ Louis L. Stanton*
                    Louis L. Stanton
                      U.S.D.J.